# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

CONTROLS SOUTHEAST, INC.

|  |  |  |  |
|---|---|---|---|
| *Plaintiff* | ) | | |
| **v.** | ) | **Civil Action No.** | 3:16cv230 |
|  | ) | | |
| QMAX INDUSTRIES, INC. | ) | | |
| THOMAS W. PERRY | ) | | |
| PETER E. KOBYLARZ, JR. | ) | | |
| HENRY P. GAINES, JR. | ) | | |
|  | ) | | |
| *Defendant* | | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
QMax Industries, Inc.
10615 Texland Boulevard, Suite 400
Charlotte, NC

   **A lawsuit has been filed against you.**

   **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**
J. Mark Wilson
Moore & Van Allen PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC 28202

   **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____ **5/11/2016** _____

_Frank G. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❑     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; **or**

❑     **I returned the summons unexecuted because** _____; **or**

❑     **Other** *(specify)***:**
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____              _____
                                                     **Server's signature**

                                 _____
                                                  **Printed name and title**