# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CONTROLS SOUTHEAST, INC.

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 3:16CV230 |
| | ) | |
| QMAX INDUSTRIES, INC. | ) | |
| THOMAS W. PERRY | ) | |
| PETER E. KOBYLARZ, JR. | ) | |
| HENRY P. GAINES, JR. | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Henry Gaines
706 Hanna Woods Lane
Cramerton, NC 28032

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

J. Mark Wilson
Moore & Van Allen PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC 28202

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____5/11/2016_____

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____     _____

                                                   **Server's signature**

                         _____

                                             **Printed name and title**