UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00230-FDW-DSC

| | |
|---|---|
| CONTROLS SOUTHEAST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>QMAX INDUSTRIES, INC., THOMAS W. )<br>PERRY, and PETER E. KOBYLARZ, JR., )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court to memorialize the Court's rulings at the hearing on June 20, 2018. As ordered and for the reasons stated in open court at the hearing on June 20, 2018 before the undersigned, the Court DENIES Defendants QMax Industries, Inc., Thomas W. Perry, and Perry E. Kobylarz Jr.'s Motion for Summary Judgment (Doc. No. 75); DENIES Plaintiff Controls Southeast, Inc.'s Motion for Summary Judgment (Doc. No. 89); and GRANTS Defendants' Motion to Strike Declaration of David Collins (Doc. No. 109).

IT IS SO ORDERED.

Signed: June 21, 2018

Frank D. Whitney
Chief United States District Judge