UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00230-FDW-DSC

| | |
|---|---|
| CONTROLS SOUTHEAST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) NOTICE OF PRETRIAL CONFERENCE |
| QMAX INDUSTRIES, INC., THOMAS W. PERRY, and PETER E. KOBYLARZ, JR., | ) ) ) |
| Defendants. | ) ) |

TAKE NOTICE that a pretrial conference will take place before the undersigned on Thursday, August 16, 2018 at 10:00 am in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, N.C. 28202. The parties should reference the Court's standing orders and the Case Management Order for this case (Doc. No. 26) to ensure compliance with the submission of a joint proposed pretrial order. The parties' joint pretrial submissions must be submitted to the Court by August 14, 2018.

IT IS SO ORDERED.

Signed: July 30, 2018

Frank D. Whitney
Chief United States District Judge